United States District Court
Northern District of California

1
2
3
4     UNITED STATES DISTRICT COURT
5     NORTHERN DISTRICT OF CALIFORNIA
6

| TAKE-TWO INTERACTIVE SOFTWARE, INC., et al., | Case No. 4:20-cv-04441-JSW |
|---|---|
| Plaintiffs, | **CLERK'S NOTICE VACATING HEARING ON MOTION TO DISMISS** |
| v. | Re: Dkt. No. 22 |
| BRANDON SIMS, | |
| Defendant. | |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Dismiss, scheduled on October 9, 2020 at 9:00 am before the HONORABLE JEFFREY S. WHITE, is vacated.  A written ruling shall issue.

Dated: October 2, 2020

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
jswcrd@cand.uscourts.gov